UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal No. 05-cr-00466-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     ARTOUR AROUTIOUNOV,
      a/k/a Artour Aroutounov,
**2.**     **GOULNARA KOUDRIACHEVA,**
      **a/k/a Gulnara Kourdriacheva,**
      **a/k/a Gulnara Kudryasheva,**
      **a/k/a Gulnara Koudryashova,**
3.     ALEXANDRE KOUDRIACHEV,
      a/k/a Alexandre Koudrichev,
4.     VERA VIKTOROVNA BOGDANOVA,

        Defendants.

---

**ORDER AND NOTICE OF CHANGE OF PLEA HEARING**

---

THIS MATTER comes before the Court following the filing of a Notice of Disposition **(#49)** on April 14, 2006 by Defendant Goulnara Koudriacheva . The Court construes this Notice as a motion to change his/her plea and to have the Court consider the terms of the parties' plea agreement.

    **IT IS THEREFORE ORDERED** that:

1.     Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.

2.	A Change of Plea hearing is set for **May 22, 2006 at 8:30 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 18th day of April, 2006.

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge
